THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY DEJUAN CHAVEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHRIS DAURGTHY et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:25-CV-227 DAK<br><br>District Judge Dale A. Kimball |

　　　　On May 30, 2025, the Court "ordered Plaintiff to within thirty days SHOW CAUSE why this case should not be dismissed for failure to file the properly completed and compliant IFP motion form and Plaintiff's inmate-account statement." (ECF Nos. 6, 8 (cleaned up).) Plaintiff has not responded and has not been heard from in this case since May 2, 2025--two months ago. (ECF No. 7.)

　　　　IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for failure to prosecute. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for

lack of prosecution. If the party does not show good cause, a district judge . . . may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").

DATED this 7th day of July 2025.

BY THE COURT:

JUDGE DALE A. KIMBALL
United States District Court